772 A.2d 414

**Eileen SPETZ**

v.

**WORKERS' COMPENSATION APPEAL BOARD (McDonald's),**

**Appeal of McDonald's and Kemper Insurance Company.**

Supreme Court of Pennsylvania.

Argued April 30, 2001.

Decided May 10, 2001.

Joseph C. Patterson, Harrisburg, for McDonald's/Kemper Insurance.

James A. Holzman, Harrisburg, Amber M. Kenger, Mechanisburg, for Workers' Compensation Appeal Board.

John M. Gallgher, Bart E. Ecker, Hazleton, for Eileen Spetz.

David C. Harrison, Philadelphia, for Pa Trial Lawyers Association.

Before FLAHERTY, C.J., ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR, JJ.

### ORDER

PER CURIAM:.

Appeal dismissed as having been improvidently granted.